██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE MESSINA, Appellant.—Judgment of the Supreme Court, Kings County, rendered December 15, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Lazer, Gibbons and Gulotta, JJ., concur.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MORALES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 17, 1978, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Mangano, Rabin and Martuscello, JJ., concur.